United States District Court for the D.C. Circuit
Wash. D.C. 20001

**FILED**

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Tyrone Hunt
461 H St. N.W. #517
Wash. D.C. 20001
Plaintiff

vs.

Ms. Osborne, former Manager, DCHA,
1133 North Capitol St. N.E.
Wash. D.C. 20001
Defendant.

Civil Action No. _____

CASE NUMBER  1:06CV01663

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment

DATE STAMP: 09/28/2006

## Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 45, Section 1983, U.S.C., Title 58, Section 1331 & 1385, U.S.C.

2. I demand a trial by jury on all issues involved.

3. I am citizen of the District of Columbia.

## Statement of the Case

1. The Plaintiff respectfully states that during the year of 2005, Ms. Almeta Jefferson-Hott, mother of the Plaintiff became gravely ill and hospitalized is aware of and said Plaintiff at the time of illness, was not allowed and permitted, Plaintiff (Mr. Tyrone Hunt-son of Ms. Hunt),

**RECEIVED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to enter, Apts. #517, whereas, said Plaintiff can pay said Bills, which is in violation of said Plaintiffs' <u>Fifth (5th), Eighth (8th), Amendments to the U.S. Constitution.</u>

2. The Plaintiff respectfully states that Ms. Osborne, (Manager, at the D.C. Housing (Judiciary House), at 461, H St. N.W. #517, Wash. D.C. would go to shelter, or live in the streets, after, said Plaintiff has tolds said Defendant that said Plaintiffs' mother had Died (Aug. 23, 05) (Ms. Almeta Jefferson-Hurt, said Plaintiff had indicated to said Defendant that since, Plaintiffs' mothers' death his now responsible for said mothers' attairs' and has to have entrance to said mothers' apt. (517), 461 H St. N.W., Wash. D.C. would Nurreon, on Sept. 7, 05, said Plaintiff had told said Defendant that said Defendant would invade said Plaintiffs' apt. 517, stating no reason for such invasions. Furthermore, said Defendant does not collect payable rent for said apts. 517, at 461 H St. N.W., Wash. D.C., And since Plaintiffs' mothers' hospitalization before Ms. Almeta Jefferson-Hurts'

Death, said Plaintiff was authorized by Hosp. Doctors, (Washington Adventist Hosp) in writing to enter said mothers' apt. at 517 and said Defendant has such Doctors' Authorization in writing and also at her time of grave illness the Superior Court of the D.C. Probate Division, told said Plaintiff that they would order, U.S. Marshals Service into said Apt. 517 it said mother was to die from her illness since said Plaintiff was not allowed and permitted into her apt. 517 at the time of her grave illness which said Defendants' actions were in violation of said Plaintiff's Fifth (5th), Eighth (8th), and Fourteenth (14th) Amendment Rights to the U.S. Constitution. Moreover, there was at the time of the alleged incident mention herein, there was no lease in writing available for said Plaintiff to examine at the time of my mothers' death.

<u>Memorandum of Law.</u>

1. See: Fifth, (5th), Eighth (8th), and Fourteenth (14th) Amendment Rights to the U.S. Constitution.

Also See: all cases concerning invasion of privacy, and libel and slander, harassment and malicious interference.

## Relief

1. The Plaintiff seeks five (5) trillion dollars in punitive and monetary damages against said Defendants.

## Affidavit of Poverty, Pursuant to Title 35, Section 1915, U.S.C.

I, Tyrone Hunt, the Plaintiff, and respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaints, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

## Certification of Service

I, Tyrone Hunt, the Plaintiff, and respectfully states that I have upon this 28th day of Aug. 06, have sent the foregoing complaint to the U.S. Dist. court for the D.C., to make service upon the attorneys for the Appellees.

Respectfully Submitted,
Tyrone Hunt
(Plaintiff, Pro-se)

WITH IMPRESSED SEAL

RECORD ON FILE IN THE DIVISION OF VITAL RECORDS.

DATE ISSUED:

AUG. 31, 05

*Geneva G. Sparks*

STATE REGISTRAR OF VITAL RECORDS

**Please Type or Print in Black Indelible Ink. Ensure All Copies Are Legible.**

State of Maryland / Department of Health and Mental Hygiene

**Certificate of Death**

Reg. No.

1. Decedent's Name (First, Middle, Last): ALMETA   J.   HURT

2. Date of Death — Month: AUGUST  Day: 22  Year: 2005

3. Time of Death: 4:40 P M

4a. Facility Name (If not institution, give street and number): WASHINGTON ADVENTIST HOSPITAL

4b. City, Town, or Location of Death: TAKOMA PARK

4c. County of Death: MONTGOMERY CO.

5. Social Security Number: 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

6. Sex: 1☐M 2☒F

7. Age (in yrs. last birthday): 77 Yrs. — If Under 1 Year: Months / Days — If Under 24 Hrs: Hours / Min.

8. Date of Birth (Month, Day, Year): 03-06-1928

9. Birthplace (State or Foreign): SUMTER, S.C.

10a. State: DC  10b. County:  10c. City, Town or Location: WASHINGTON

10d. Inside City Limits: 1☐Yes 2☐No

10e. Street and Number: 461 H STREET, NW #517

10f. Zip Code: 20001

10g. Citizen of What Country?: U.S.A.

Usual Residence of Decedent

11. Marital Status: 1☐Never Married  2☐Married  3☒Widowed  4☐Divorced

12. Was Decedent Ever in U.S. Armed Forces? 1☐Yes 2☒No — If Yes, Give War or Dates:

13. Was Decedent of Hispanic Origin? (Specify Yes or No- If Yes, specify Cuban, Mexican, Puerto Rican, etc.): 1☐Yes 2☒No  Specify:

14. Race - American Indian, Black, White, etc.: Specify: BLACK

15. Decedent's Education (Specify only highest grade completed):
Elementary/Secondary (0-12): 12th  College (1-4 or 5+):

16a. Decedent's Usual Occupation (Give kind of work done during most of working life. DO NOT use retired): BOOK BINDER

16b. Kind of Business/Industry: Private

17. Father's Name (First, Middle, Last): HENRY   JEFFERSON

18. Mother's Name (First, Middle, Maiden Surname): UNKNOWN

19a. Informant's Name/Relationship (Type, Print): TYRONE HURT - SON

19b. Mailing Address (Street and Number or Rural Route Number, City or Town, State, Zip Code): 461 H STREET, NW #517 WASH. DC 20001

20a. Method of Disposition: 1☐Burial 2☒Cremation 3☐Removal from State 4☐Donation 5☐Other (Specify)

20b. Place of Disposition (Name of cemetery, crematory or other place): RIVERDALE PARK CREM.  8-31-05 RIVERDALE, MD

20c. Location - City or Town, State:

21. Signature of Funeral Service Licensee: *J. C. Taylor*

22. Name and Address of Facility: TAYLOR'S FUNERAL HOME 1722 NORTH CAPITOL ST., NW WASH, DC 200

23a. Part I. Enter the disease, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Immediate Cause (Final disease or condition resulting in death):
a. CARDIORESPIRATORY FAILURE
   Due to (or as a consequence of):
b. SEPSIS
   Due to (or as a consequence of):

Sequentially list conditions, if any, leading to immediate cause. Enter Underlying Cause (Disease or injury that initiated events resulting in death) Last:
c. UTI/ ASPIRATION PNEUMONIA
   Due to (or as a consequence of):
d.

Approximate Interval Between Onset and Death:

IF FEMALE:
23b. Was decedent pregnant in the past 12 months? 1☐Yes 2☒No 9☐Unknown

23c. If yes, outcome of pregnancy: 1☐Live birth 2☐Fetal death 3☐Ectopic pregnancy 4☐Pregnant at time of death 5☐Other (specify)

23d. Date of delivery — Month / Day / Year

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
CHRONIC OBSTUCTIVE LUNG DISEASE

23a. Did tobacco use contribute to the cause of death? 1☐Yes 2☐No 3☐Probably 4☐Unknown

24a. Was an autopsy performed? 1☐Yes 2☒No

24b. Were autopsy findings available prior to completion of cause of death? 1☐Yes 2☒No

25. Was case referred to medical examiner? 1☐Yes 2☒No

26. Place of Death (Check only one): Hospital: 1☒Inpatient 2☐ER/Outpatient 3☐DOA  Other: 4☐Nursing Home 5☐Residence 6☐Other (Specify)

27. Manner of Death: 1☒Natural 2☐Accident 3☐Suicide 4☐Homicide 5☐Pending Investigation 6☐Could not be determined

28a. Date of Injury (Month, Day Year):
28b. Time of Injury: M
28c. Injury at Work? 1☐Yes 2☐No
28d. Describe how injury occurred

28e. Place of Injury - At home, farm, street, factory, office building, etc. (Specify)

28f. Location (Street and Number or Rural Route Number, City or Town, State)

29a. Certifier (Check only one): 1☒Certifying Physician: To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated. 2☐Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

29b. Signature and Title of Certifier: *Aruna*

29c. License number: 60999

29d. Date signed (Month, Day Year): AUGUST 29, 2005

30. Name and address of person who completed cause of death (Item 23a) (Type, Print): DR. ARUNA PASPULA - 106 IRVING ST., NW #415 WASHINGTON, DC 20010

31. Date filed (Month, Day Year): AUG 3 1 2005

Registrar's Signature: *Geneva G. Sparks*

1 — For State Registrar

Physician/Medical Examiner

Funeral Director

Division of Vital Records, P.O. Box 68760, Baltimore, Maryland 21215-0036

To Be Completed by Funeral Director

Physician/Medical Examiner

Medical Certification; To Be Completed by Physician/Medical Examiner

State Registrar

DHMH 17 Rev 1/2001

**ORIGINAL**