UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tyrone Hurt, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1663 (CKK) |
| | : | |
| Osborne, | : | |
| | : | |
| Defendant. | : | |

### ORDER

It is hereby ORDERED that by December 4, 2006, plaintiff, proceeding *in forma pauperis*, shall file a notice stating the full name of the defendant to whom summons should be directed and an address upon which personal service of the summons and complaint may be effected. Plaintiff's failure to comply with this order within the time provided will result in dismissal of the case without prejudice.

SO ORDERED.

_____s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: October 31, 2006

Paper copy to:

Tyrone Hurt
461 H Street, NW
Apartment 517
Washington, DC 20001