United States District Court for the D.
Wash, D.C. 20001

11/7/06

Tyrone Hutt
461 A St. N.W. #517
(302) 389-7836
Wash, D.C. 20001

         Appellant/Plaintiff

Vs.

Osborne, Former Manager,
District of Columbia Housing
Authority,
1133 North Capitol St. N.E.
Former manager, 461 A St. N.W.
Judiciary House, Wash, D.C. 20001

         Defendant

Civil Action No. 06-1663
(CKK)

## Amendment to the complaint.

Comes Now, Tyrone Hutt, the Plaintiff, and respectfully moves the Honorable U.S. Dist. Ct. Judge, Colleen Kollar-Kotelly, to amend said complaint, for the following reasons:

1. The Plaintiff respectfully states that said plaintiff does not know and have no conclusion as to Ms. Osborne's full name, only as mentioned in the above captioned cause mentioned herein and said address mentioned herein in the above captioned cause is the only address known to said plaintiff as to former manager of DCHA.

## Memorandum of law.

1. See: Fifth (5th) Amendment Right to the U.S. Constitution.

(2)

## Certification of Service

I, Tyrone Hurt, respectfully states that I have upon this 3rd. Day of Nov., 06, have sent the foregoing amendment to the U.S. District for the D.C., to make service upon the DHs, for the Detts.

Respectfully Submitted,
/s/ Tyrone Hurt
(Plaintiff, Pro-se)