RECEIVED
DEC 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Memo:

To: Hon. Colleen Kollar-Kotelly, U.S. Dist. Judge, 333 Constitution Ave. N.W., Wash. D.C. 20001.

From: Resident: Mr. Tyrone Hurt, 461 H St. N.W. #517 (202) 289-1836, Wash. D.C., 20001

Dear Hon. Judge, Kotelly:

I am respectfully writing you this letter in regards to: Civil Action No. 06-1663 (CKK). In compliance with Order, dated: Oct. 31, 06, I've discovered said Defendants' full name: Ms. Deborah Osborne, former manager, of DCHA, 1133 North Capitol St. N.E., Wash. D.C., 20002. I haven't discovered an address for Ms. Osborne but the one mentioned herein, but, her legal attorney of representation is: Clifford E. Pulliam, Esq., D.C. Housing Authority, 1133 North Capitol St. N.E., Suite 210, Wash. D.C., 20002, so, therefore, in accordance with your Order, dated: Oct. 31, 06 and subsequent pass correspondence concerning this matter, that, I hope I'm in compliance with such Order.

Respectfully Yours,
Tyrone Hurt
(Plaintiff, Pro-se)