UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tyrone Hurt, | : | |
| | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 06-1663 (CKK) |
| | : | |
| Ms. Osborne, | : | |
| | : | |
|     Defendant. | : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED, *sua sponte*, that this case is DISMISSED without prejudice for lack of subject matter jurisdiction. This is a final appealable Order.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: January 10, 2007