# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Tyrone Hurt_
_____
Plaintiff

vs.                                Civil Action No. _06-1663(CKK)_

_Ms. Osborne, Deobrah_
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _2ND_ day of _Jan._, 20_06_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _10th_ day of _Jan._, 20_06_

in favor of _Defendant_

against said _Plaintiff_

_Tyrone Hurt_
_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated: _Ms. Osborne, Deobrah, 1133 N. Capitol St. N.E., Wash. D.C. 20001_

## RECEIVED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT