United States District Court for the D.C.
Circuit. Wash, D.C. 20001

Tyrone Hurt
461 H St. N.W. #511
(202) 289-7836
Wash, D.C. 20001
   Plaintiff
 vs.
Ms. Deborah Osborne,
1133 North Capitol St. N.E.
Wash, D.C. 20001
   Defendant,

RECEIVED
JAN 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 06-1663 (CKK)

Amendment to Motion for Notice of Appeal in forma pauperis.

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable U.S. District Court for the D.C. for leave to appeal in forma pauperis, for the following reasons: Amendment to Motion for Notice of App.

1. The Plaintiff respectfully states that on the date of Oct. 31, 06 and order from Colleen K. Kotelly, U.S. Dist. Judge, that by Dec. 4, 06, Plaintiff, proceeding in forma pauperis shall file a notice stating the full name of the Defendant to whom summons should be directed and an address upon which personal service of the

summons and complaint may be attached; and thereafter, said Plaintiff filed, prior to Dec. 4, '06, to the Honorable Colleen Kollar-Kotelly, U.S. Dist. Ct. Judge, that said full name of the Defendant, was Ms. Deobrah Osborne and said address was 1133 Spring Rd., N.W., Wash. D.C. 20001; so, therefore, said Plaintiff had complied with said <u>Order</u> directing said Plaintiff to file a notice stating the full name of the Defendant (Ms. Deobrah Osborne), in said <u>civil action No. 06-1663 (CKK).</u>

<u>Certification of Service</u>

I, Tyrone Hunt, the plaintiff, sau, respectfully states that I have upon this <u>20th</u> day of January '07 have sent the foregoing amendment, to the U.S. Dist. Ct. for the D.C. to make service upon the Sts. for the Dett.

Respectfully Submitted,
Tyrone Hunt
(Plaintiff Pro-se)