United States District Court for the D.C,
Wash, D.C. 20001

Tyrone Hart,
461 H St. N.W. #511
(202)589-7836
Wash. D.C 20001

v. Plaintiff

Ms. Osborne, Deobrah,

Defendant,

Civil Action No. 06-CV-1665

RECEIVED

FEB - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Answer to Minute Order
Denying Plaintiffs' Motion for Leave
to Appeal in forma pauperis.

Comes now, Tyrone Hart the Plaintiff, and Respectfully
moves to Honorable U.S. Dist. Ct. Judge Colleen Koller-
totelly, for an Answer to Minute Order, Denying
Plaintiffs Motion for Leave to Appeal in forma pauperis
for the following reasons'

Statement of the Case,
Driving information
of financial Status,

1. That said Plaintiff is unable to pre-pay the said
costs or fees for the filing of the foregoing
statement, that I am unable to give security for the
same, that I believe that I am entitled to the
redress that I now seek,

## Certification of service

I, Tyrone Hart, the plaintiff, and respectfully states that I have upon this _31st_ day of January, have sent the foregoing statement, ~~that I unable to~~ to the Hon: Judge, Colleen - totally, to no one service upon the Atts. for the Detts.

Respectfully submitted,

Tyrone Hart
(Plaintiff, Pro-Se)